IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>    vs.<br><br>SCOTT T. TRAN,<br>            Defendant. | CASE NO: **4:15MJ3026**<br><br>**DETENTION ORDER** |

      The defendant poses a serious risk of flight if released. On the government's motion, the court held a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f). The court concludes the defendant must be detained pending trial.

      Based on the evidence presented and information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings.

      Specifically, the court finds there is substantial evidence supporting the crime charged; the defendant has a serious gambling problem; and either he has the ability to hide his conduct and whereabouts from others (including even his spouse) for long periods of time, or his spouse is not being truthful about her knowledge of his actions and access to large amounts of money— either of which will pose a serious barrier to adequate and reliable supervision of the defendant while on release. Conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

Directions Regarding Detention

      The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

      Dated April 3, 2015.                        BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge